# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 29, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130718(58)

SHANNON GALINDO, as Personal
Representative of the Estate of
SANDRA DAY,
                Plaintiff-Appellee,

v                                               SC: 130718
                                                COA: 256489
                                                Muskegon CC: 03-042622-CH
LAVERNE J. MOLITOR and DIANE
C. MOLITOR,
                Defendants-Appellants.

_____/

On order of the Court, the motion for reconsideration of this Court's order of June 21, 2006 is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

WEAVER, J., would grant reconsideration and, on reconsideration, would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 29, 2006 _____                   _____

d0821                                                        Clerk